IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Everest Reinsurance Company,<br><br>  Petitioner,<br><br>v.<br><br>Pennsylvania National Mutual Casualty Insurance Company,<br><br>  Respondent. | Case No.: |

## ORDER

AND NOW, on this ____ day of _____ 2018, upon consideration of the Petition to Compel Existing Arbitration and to Stay Subsequent Arbitration brought by Petitioner Everest Reinsurance Company ("Everest") pursuant to Section 4 of the Federal Arbitration Act, 9 U.S.C. § 4, and any response thereto, it is hereby ORDERED that:

1. Everest's Petition to Compel and Stay Arbitration is GRANTED and judgment is entered thereon;

2. Everest and Respondent Pennsylvania National Mutual Casualty Insurance Co. ("Penn National") shall submit their dispute, including the issues of jurisdiction, consolidation, and other questions of arbitral procedure, to the already-constituted tripartite arbitration panel composed of

Umpire Daniel E. Schmidt, Arbitrator Spiro K. Bantis, and Arbitrator Howard D. Denbin;

3. Everest and Penn National shall each pay the fees and expenses of their respective arbitrator and one-half of the fees and expenses of the umpire; and

4. The arbitration purportedly commenced by Penn National by demand dated May 16, 2018 is hereby stayed.

_____