IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Everest Reinsurance Company,<br><br>        Petitioner,<br><br>v.<br><br>Pennsylvania National Mutual Casualty Insurance Company,<br><br>        Respondent. | Case No.: |

**CERTIFICATION OF NONCONCURRENCE
PURSUANT TO M.D.Pa. LOCAL RULE 7.1**

Pursuant to 28 U.S.C. § 1746, I, JEFFREY S. LEONARD, hereby certify that:

1. As required by Local Rule 7.1 for the United States District Court for the Middle District of Pennsylvania, I sought the concurrence from counsel for Respondent Pennsylvania National Mutual Casualty Insurance Company ("Penn National") to the relief requested in the Petition to Compel Existing Arbitration and to Stay Subsequent Arbitration brought by Everest Reinsurance Company ("Everest").

2. Specifically, on November 14, 2018, I left a voice mail for and sent an E-mail to Penn National's counsel, Richard P. Regan, Esq., requesting consent to having the existing arbitration panel decide whether Penn National's claim against

01343783.DOCX

Everest for reinsurance coverage under the Treaties of lead paint losses arising in the Baltimore, Maryland area should be heard by the existing panel, pursuant to the consolidation provision of the parties' arbitration agreements.

3. Mr. Regan refused to agree to that request.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 14, 2018

_____
JEFFREY S. LEONARD